UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) E.D. TENN MAG. NO.: 1:13-mj-149 |
| v. | ) CHG DIST. No. 2:11-cr-002-025 |
| | ) Middle District of Tennessee |
| COURTNEY RABIDEAU | )     *LEE* |

MEMORANDUM AND ORDER

    The defendant appeared for a hearing before the undersigned on May 23, 2013, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an arrest warrant and Petition for Action on Conditions of Pretrial Release out of the U.S. District Court, Middle District of Tennessee. Those present for the hearing included:

    (1)    AUSA Terra Bay for the USA.
    (2)    The defendant, COURTNEY RABIDEAU.
    (3)    Attorney Myrlene Marsa with Federal Defender Services of
           Eastern Tennessee as appointed counsel for defendant.

    After being sworn in due form of law, the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution. Attorney Marsa with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

    The defendant had been provided with a copy of the arrest warrant and petition and had the opportunity of reviewing those documents with her attorney. It was determined defendant was capable of being able to read and understand the documents.

    AUSA Bay moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Middle District of Tennessee. The defendant admitted she is the person named in the petition, waived any detention or preliminary hearing in this district, and asked that her hearings and any further proceedings be held in the U.S. District Court, Middle District of Tennessee.

    It is ORDERED:

(1) Defendant shall be TEMPORARILY DETAINED pending her transfer to the U.S. District Court, Middle District of Tennessee as set forth in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Middle District of Tennessee for a hearing on a date to be determined once defendant is in said district.

ENTER.

                                            s/ *Susan K. Lee*
                                            SUSAN K. LEE
                                            UNITED STATES MAGISTRATE JUDGE