UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
) E.D. TENN MAG. NO.: 1:13-mj-149
v. ) CHG DIST. No. 2:11-cr-002-025
) Middle District of Tennessee
COURTNEY RABIDEAU ) *LEE*

ORDER OF TEMPORARY DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Defendant was arrested in the Chattanooga Division of this Court and had her initial

appearance before Susan K. Lee, United States Magistrate Judge, on May 23, 2013.

Upon motion of the government for detention of the defendant, and defendant's waiver of

a detention hearing in this district, it is **ORDERED** that defendant be temporarily detained until her

arrival in the U.S.D.C., Middle District of Tennessee at which time the United States Marshal will

advise the appropriate clerk or judge of defendant's arrival so that a detention hearing and other

appropriate proceedings may be set.

SO ORDERED:

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE